I

**WM. P. GOLDMAN & BROS., Inc., Plaintiff in Error, v. UNITED STATES, Defendant in Error.**

(Circuit Court of Appeals, Second Circuit. November 17, 1925.)

No. 129.

In Error to the District Court of the United States for the Southern District of New York.

Harry D. Thirkield, of New York City, for plaintiff in error.

Charles L. Sylvester, of New York City, for the United States.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Reversed in open court.

═══

**2**

**In the Matter of Leopold ZIMMERMAN et al., Alleged Bankrupts. W. O. Chappell, Petitioner.**

(Circuit Court of Appeals, Second Circuit. November 10, 1925.)

No. 95.

Petition to Revise Order of the District Court of the United States for the Southern District of New York.

Frueauff, Robinson & Sloan, of New York City (R. S. Sloan, of New York City, of counsel), for petitioner.

White & Case, of New York City (W. St. J. Tozer, of New York City, of counsel), for respondent.

Before HOUGH, HAND, and MACK, Circuit Judges.

PER CURIAM. Order affirmed in open court.